NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE:  MEDIA QUEUE, LLC,**
*Appellant*

---

2014-1794

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/000,469.

---

**JUDGMENT**

---

JOHN NICHOLAS GROSS, Law Office of J. Nicholas Gross, Berkeley, CA, argued for appellant.

JOSEPH MATAL, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee.  Also represented by JOSEPH GERARD PICCOLO, NATHAN K. KELLEY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 12, 2015                          /s/  Daniel  E.  O'Toole
Date                                 Daniel E. O'Toole
                                     Clerk of Court